IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL D. RIPPA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-250C |
| | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including August 9, 2007, to file a response to the complaint. Our response is currently due on June 25, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Interior, as required by 28 U.S.C. § 520. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel of record to review the litigation report and prepare the Government's response to the complaint.

Additionally, the enlargement is requested because of counsel of record's current workload, which includes drafting an appellate brief in Richard Mutch v. United States, Court of Federal Claims No. 2007-5117, due June 22, 2007; answering complaints in Ann Thomas v. United States, No. 07-212C, due on June 29, 2007, and Former Employees of Invista S.A.R.L. v.

United States, Court of International Trade No. 2007-0160, due July 16, 2007; and drafting a motion on the administrative record in the bid protest Ironclad/EEI v. United States, No. 07-280, due on July 23, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 45 days, to and including August 9, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

June 18, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 18th day of June, 2007, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore