**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PAUL D. RIPPA** | : | |
| plaintifff, | : | |
| v. | : | **No. 07-250-C** |
| | : | **Judge Christine O. C. Miller** |
| **THE UNITED STATES** | : | |
| defendant. | : | |

## DECLARATION OF PAUL D. RIPPA

I, Paul D. Rippa, hereby declare under the penalty of perjury that:

1. I have a Bachelor of Science degree in Biology and Psychology and a Master of Arts degree in Biology and Math from Western New Mexico University. I a possess a New Mexico Level III Instructional Leader Secondary License with endorsements in Science, Mathematics and Psychology.

2. I have taught mathematics and science at Zuni High School in New Mexico and in the Bowie, Whiteriver and Clifton Public Schools in Arizona. I have served as the Chairman of the Math Subject Area Committee for the Zuni School District.

3. On November 6, 2006, I was hired by the Bureau of Indian Affairs as a science teacher in the Wingate High School in Fort Wingate, New Mexico.

4. On March 13, 2007, the Acting Principal of Wingate High School gave me a memorandum which stated in part:

> This notice is to inform you that you will be separated from your position as Teacher (science) and from Federal service. This action will be effective Friday, March 30, 2007. This action is being taken due to inappropriate interaction with students in the classroom.
>
> This action is being taken during your probationary period. . . .and is therefore, neither grievable nor appealable.

A copy of this memorandum is attached hereto as exhibit A.

5. I was not provided an explanation of nor an opportunity to rebut the allegation of "inappropriate interaction with students in the classroom" before I was terminated; nor was I provided a hearing to contest these allegations either before or after my termination.

6. I was terminated effective March 30, 2007.

The foregoing is true and correct to the best of my information and belief.

Paul D. Rippa

PAUL D. RIPPA
7 Jasper Drive
Silver City, NM 88061

June 18, 2007

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Office of Indian Education Programs
Wingate High School
P.O. Box 2
Fort Wingate, New Mexico 87316

TAKE PRIDE IN AMERICA

IN REPLY REFER TO:

March 13, 2007

Mr. Paul D. Rippa
Teacher (Science)
7 Jasper Drive
Silver City, NM 88061

**Termination during Probationary Period**

This notice is to inform you that you will be separated from your position as Teacher (Science) (CY-1710-14/06) and from Federal service. This action will be effective Friday March 30, 2007. This action is being taken due to inappropriate interaction with students in the classroom.

This action is being taken during your probationary period. The probationary period is an extension of the examining process during which time a careful review is made of an employee's character and ability to satisfactorily perform the duties of the position

As a result of a careful review into your ability to satisfactorily meet the requirements of your position, it is my determination that you have not been able to meet those requirements. Therefore, it has become necessary to terminate your employment as a Teacher (Science) with the Bureau of Indian Education (BIE).

Your probation period began November 6, 2006, and extends eighteen months from that date. This action is being taken during that period, and is therefore, neither grievable nor appealable. This action is being taken for the benefit of the service.

You will remain in your present duty and pay status until the effective date of separation, unless emergency conditions exist that may result in damage to Government property or may be detrimental to the interest of the Government, or injurious to you, your fellow workers, or the general public.

The effective date of your separation is close of business on March 30, 2007. A SF-50B (Notification of Personnel Action) will be forwarded to your address of record.

If you have any questions concerning the procedures used to effect this action, you may contact Ms. Grace Pedro, Human Resources Specialist - Employee & Labor Relations, Bureau of Indian Education, Human Resources Office, at (505) 563-5328.

Principal (Acting)
Wingate High School
Bureau of Indian Education
Eastern Navajo Agency

SIGN HERE

I hereby acknowledge receipt of this notice. Your signature is acknowledgment of receipt and may not be considered or construed as agreement with the contents of this notice.

(Signature) (Date)

Distribution List:

- Employee
- Education Line Officer
- Lead HR Specialist, E& LR
- File
- OPF