IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL D. RIPPA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-250C |
| | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time to file a response to the plaintiff's motion for summary judgment, to and including September 4, 2007, which is the same date that defendant's answer is due. Plaintiff's counsel has stated that he does not object to this motion. This is our first request for enlargement for this purpose.

The enlargement is requested because defendant represents that it cannot formulate its response to plaintiff's motion for summary judgment until it has formulated its response to plaintiff's complaint. Defendant recently sought and was granted an extension of time to respond to the complaint, until August 9, 2007. Defendant seeks an additional 26 days after filing its response to plaintiff's complaint to formulate its response to plaintiff's motion for summary judgment.

Additionally, the enlargement is requested because of counsel of record's current workload, answering complaints in Ann Thomas v. United States, Fed. Cl. No. 07-212C, due on June 29, 2007, and Former Employees of Invista S.A.R.L. v. United States, Court of International Trade No. 2007-0160, due July 16, 2007, and drafting a motion for summary

judgment on the administrative record in Ironclad/EEI v. United States, Fed. Cl. No. 07-280, due on July 23, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time, to and including September 4, 2007, within which to file a response to the plaintiff's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

June 28, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 28th day of June, 2007, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore