IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL D. RIPPA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-250C |
| | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S MOTION TO STAY THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR AN EXTENSION

Defendant, the United States, respectfully requests this Court stay the time for it to respond to the plaintiff's motion for summary judgment until 28 days after the Court rules upon defendant's motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction. If the Court denies this motion, defendant seeks, in the alternative, an extension of time until October 1, 2007 to respond to plaintiff's motion. Plaintiff's counsel has stated that he has not determined whether or not he opposes this motion, and that he will decide after reading defendant's motion to dismiss.

Plaintiff filed its complaint on April 24, 2007. On June 18, 2007, defendant sought and was granted an extension of time to respond to the complaint, until August 9, 2007. On June 26, 2007 plaintiff filed his motion for summary judgment. On June 28, 2007, defendant sought and was granted an extension of time to respond to plaintiff's motion for summary judgment until September 4, 2007. Defendant now asks the Court to stay the time to respond to plaintiff's motion for summary judgment until 28 days after it rules upon defendant's motion to dismiss. Since filing the previous motion to extend, defendant has researched the issues presented in

plaintiff's complaint and determined that the Court lacks subject matter jurisdiction over plaintiff's claims because the statutes plaintiff relies upon in his complaint are not money mandating. It would be inefficient and a waste of the Government's and the Court's time to address the issues raised in the motion for summary judgment if the Court agrees with defendant's analysis. Accordingly defendant asks the Court to to stay defendant's obligation to respond to the motion for summary judgment until the Court has addressed the issue of subject matter jurisdiction.

For the foregoing reasons, defendant respectfully requests that the Court stay the time for the Government to respond to the plaintiff's motion for summary judgment until 28 days after the Court rules on defendant's motion to dismiss. Should the Court deny this motion, defendant respectfully requests an extension of time until October 1, 2007, to respond to plaintiff's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

August 8, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 8th day of August, 2007, a copy of "Defendant's Motion to Stay the Time to Respond to Plaintiff's Motion for Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore