# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAUL D. RIPPA,** *

Plaintiff, *

v. * No. 07-250C

**THE UNITED STATES,** * (Filed Aug. 23, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant on August 8, 2007, filed Defendant's Motion To Stay the Time To Respond to Plaintiff's Motion for Summary Judgment, or in the Alternative for an Extension. On August 10, 2007, plaintiff filed Plaintiff's Memorandum of Points and Authorities in Opposition to the Defendant's Motion To Stay the Time To Respond to Plaintiff's Motion for Summary Judgment, or in the Alternative for an Extension. Pursuant to RCFC 7.2(a), the court rules without a reply. Accordingly,

**IT IS ORDERED**, as follows:

Defendant's motion to stay its response to plaintiff's motion for summary judgment is granted, pending a ruling on defendant's motion to dismiss. Jurisdictional issues that may be dispositive shall be addressed first after defendant files its reply brief.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge