EXHIBIT 1

**Department of the Interior**
**Bureau of Indian Affairs**
**Wingate High School/Eastern Navajo Agency**

**Teacher/Counselor Employment Contract**
**School Year Contract**

This is a contract of employment between the department of the Interior, Bureau of Indian Affairs, Office of Indian Education Programs, Wingate High School, Eastern Navajo Agency and Paul D. Rippa, employee. Both parties mutually agree that:

1. The employee shall be employed by the Wingate High School, Eastern Navajo Agency, for a period from November 6, 2006 to May 25, 2007, as Teacher (Science). This period includes 122 instructional days, 1 administratively determined workdays, 6 Federal holidays.

2. The employee shall, during the term of employment, perform duties pertaining to the position and the duties assigned by the supervisor.

3. This contract and the parties hereto are and shall continue to be subject to applicable laws and regulations of the Federal Government and the state in which the position is located and to the rules and regulations of the Department of the Interior. Bureau of Indian Affairs, Office of Indian Education Programs and the rules and regulations of the local school and the local school board.

4. Subject to the provisions of the applicable approved budget, the employee shall during the term hereof receive a salary of $232.61 per day, less required or authorized deductions, for a total annual salary of $30,007. This salary shall be prorated over the term of the contract and shall be paid at a modified daily rate which will be shown on the SF-50b received by the employee after the start of the school year.

5. If a pre-employment or post-audit review of the qualifications of the employee shows that the employee is not suitable or qualified for the position or salary herein, this contract may be adjusted or terminated unilaterally by management.

6. During the probationary period, if the employee's performance or conduct is not satisfactory, this contract may be terminated unilaterally by management during the term of this contract. Such termination during the probationary period is not greivable or appealable. Alternately, the school may elect not to renew the contract.

7. This contract may be terminated by the school prior to its expiration date in accordance with the rules and regulations of the Office of Indian Education Programs as set forth in 62 BIAM 11.

8. This contract is only for the period indicated and does not confer any right or benefit for continued employment beyond the date indicated above. Failure to renew this contract does not constitute termination of cause or for other reasons. Such ~~contract~~ non-renewal is not considered an adverse or disciplinary action.

OIEP Representative: [signature] Chief School Administrator — Date: 11/6/06

Employee: [signature] Signature — Date: 11/07/06

Concurred: [signature] School Board President — Date: 11-6-06