IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL D. RIPPA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-250C |
| | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION TO FILE A SURREPLY

Defendant, the United States, respectfully requests that this Court allow it to file a surreply to Plantiff's Surreply to Defendant's Motion to Dismiss. Defendant's counsel has spoken with plaintiff's counsel about this surreply who stated that he does not oppose this motion.

On August 8, 2007, the Government filed its motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction. On August 10, 2007, plaintiff filed his reply brief to the Government's motion. On August 23, 2007, the Government notified the Court that it had become aware of a new legal issue in this case, and filed a motion to extend the time to file its reply brief until September 10, 2007, and also sought permission to allow plaintiff to file a surreply to address the newly raised legal issue. The Court granted that motion to extend on August 23, 2007. Plaintiff filed its surreply on September 24, 2007.

Because we raised new legal issues in our reply to our motion to dismiss, and because the moving party usually files the last brief in a dispositive motion, the Government respectfully seeks permission to file a surreply to plaintiff's surreply to our motion to dismiss. We ask for fifteen days, to and including October 9, 2007 to file this surreply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

September 24, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 24th day of September, 2007, a copy of "Defendant's Unopposed Motion To File A Surreply" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Carrie A. Dunsmore
Carrie A. Dunsmore